IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA FLETCHER, | * |
| | * |
| Plaintiff, | * |
| v. | *  Civil Action No. _____ |
| | * |
| LIBERTY MUTUAL GROUP, et al | * |
| | * |
| Defendant. | * |

## ANSWER

Come now Defendants identified in the Complaint as Liberty Mutual Group, Liberty Insurance Corporation, and Liberty Mutual Insurance Company (hereinafter "Liberty Mutual") and 4 Points by Sheraton and for answer to the Complaint filed herein say as follows:

### Response to "Parties"

(1) Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the information contained in this paragraph of the Complaint.

(2) Defendants Liberty Mutual deny that Liberty Mutual Group is a legal entity. Defendants admit that Liberty Mutual Group, Inc., Liberty Mutual Insurance Corporation and Liberty Mutual Insurance Company are legal entities with their principal place of business outside the state of Alabama. Defendants deny each and every other allegation contained in this paragraph of the Complaint.

(3) Defendants deny knowledge or information sufficient to form a

1

belief as to the truth or falsity of the information contained in this paragraph of the Complaint.

(4) Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the information contained in this paragraph of the Complaint.

### Response to "Jurisdiction"

(5) The allegations contained in this paragraph of Plaintiffs' Complaint are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, Defendants deny each and every allegation in this paragraph to the extent it applies to them.

### Response to "Venue"

(6) The allegations contained in this paragraph of Plaintiffs' Complaint are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, Defendants deny each and every allegation in this paragraph to the extent it applies to them.

(7) The allegations contained in this paragraph and sub-paragraphs a-l of Plaintiffs' Complaint are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, Defendants deny each and every allegation in this paragraph.

### Response to "Factual Allegations"

(8) Defendants admit the allegations in the first two sentences of this paragraph. The allegations contained in the last sentence of this paragraph of Plaintiffs' Complaint are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, Defendants deny each and every allegation in this paragraph to the extent it applies to them.

(9) Defendants admit the allegations contained in paragraph 9 of Plaintiff's Complaint..

(10) Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the information contained in paragraph 10 of Plaintiff's Complaint.

(11) Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the information contained in paragraph 11 of Plaintiff's Complaint.

(12) Defendants deny the allegations of paragraph 12 of Plaintiff's Complaint.

(13) Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the information contained in paragraph 13 of Plaintiff's Complaint.

(14) The allegations contained in this paragraph of Plaintiffs' Complaint are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, Defendants deny each and every allegation in this paragraph.

(15) The allegations contained in this paragraph of Plaintiffs' Complaint are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, Defendants deny each and every allegation in this paragraph to the extent it applies to them.

(16) The allegations contained in this paragraph of Plaintiffs' Complaint are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, Defendants each and every allegation in this paragraph.

(17) Defendants deny the allegations contained in paragraph 17 and sub-paragraphs a-g of Plaintiff's Complaint.

(18) Defendants deny the allegations contained in paragraph 18 of Plaintiff's Complaint.

(19) Defendants deny the allegations contained in paragraph 19 of Plaintiff's Complaint.

(20) Defendants deny the allegations contained in paragraph 20 of Plaintiff's Complaint.

(21) Defendants deny each and every allegation contained in paragraph 21 of Plaintiff's Complaint.

(22) Defendants deny each and every allegation contained in paragraph 22 of Plaintiff's Complaint.

(23) Defendants deny each and every allegation contained in paragraph

23 of Plaintiff's Complaint.

(24)  Defendants deny each and every allegation contained in paragraph 24 of Plaintiff's Complaint.

(25)  Defendants deny each and every allegation contained in paragraph 25 of Plaintiff's Complaint.

(26)  Defendants deny each and every allegation contained in paragraph 26 of Plaintiff's Complaint.

(27)  Defendants deny each and every allegation contained in paragraph 27 of Plaintiff's Complaint.

(28)  Defendants each and every allegation contained in paragraph 28 of Plaintiff's Complaint.

In response to the unnumbered paragraph containing Plaintiff's demand for judgment, Defendants deny that Plaintiff is entitled to judgment or that there is any legal or factual basis for the award of damages or other relief to Plaintiff in this action.

### Response to "Count One: Outrageous Conduct"

(29)  With respect to the allegations contained in paragraph 29 of the Complaint, Defendants repeat and reallege each and every admission, denial, averment and statement contained in paragraphs 1-28 of this Answer with the same force and effect as though set forth here in full.

(30)  Defendants deny each and every allegation contained in paragraph

5

30 of Plaintiff's Complaint.

(31) Defendants deny each and every allegation contained in paragraph 31 of Plaintiff's Complaint.

In response to the unnumbered paragraph containing Plaintiff's demand for judgment, Defendants deny that Plaintiff is entitled to judgment or that there is any legal or factual basis for the award of damages or other relief to Plaintiff in this action.

## Response to "Count Two: Fraud"

(32) With respect to the allegations contained in paragraph 32 of the Complaint, Defendants repeat and reallege each and every admission denial, averment and statement contained in paragraphs 1-31 of this Answer with the same force and effect as though set forth here in full.

(33) Defendants deny each and every allegation contained in paragraph 33 of Plaintiff's Complaint.

(34) Defendants deny each and every allegation contained in paragraph 34 of Plaintiff's Complaint.

(35) Defendants deny each and every allegation contained in paragraph 35 of Plaintiff's Complaint.

In response to the unnumbered paragraph containing Plaintiff's demand for judgment, Defendants deny that Plaintiff is entitled to judgment or that there is any legal or factual basis for the award of damages or other relief to Plaintiff in this action.

### Response to "Count Three: Suppression and Deceit"

(36)  With respect to the allegations contained in paragraph 36 of the Complaint, Defendants repeat and reallege each and every admission denial, averment and statement contained in paragraphs 1-35 of this Answer with the same force and effect as though set forth here in full.

(37)  Defendants deny each and every allegation contained in paragraph 37 of Plaintiff's Complaint.

(38)  Defendants deny each and every allegation contained in paragraph 38 of Plaintiff's Complaint.

(39)  Defendants deny every allegation contained in paragraph 39 of Plaintiff's Complaint.

(40)  Defendants deny each and every allegation contained in paragraph 40 of Plaintiff's Complaint.

In response to the unnumbered paragraph containing Plaintiff's demand for judgment, Defendants deny that Plaintiff is entitled to judgment or that there is any legal or factual basis for the award of damages or other relief to Plaintiff in this action.

### Response to "Count Four: Breach of Contract"

(41)  With respect to the allegations contained in paragraph 41 of the Complaint, Defendants repeat and reallege each and every admission denial, averment and statement contained in paragraphs 1-40 of this Answer with the same force and

effect as though set forth here in full.

(42)   Defendants deny each and every allegation contained in paragraph 42 of Plaintiff's Complaint.

(43)   Defendants deny each and every allegation contained in paragraph 43 of Plaintiff's Complaint.

(44)   Defendants deny each and every allegation contained in paragraph 44 of Plaintiff's Complaint.

In response to the unnumbered paragraph containing Plaintiff's demand for judgment, Defendants deny that Plaintiff is entitled to judgment or that there is any legal or factual basis for the award of damages or other relief to Plaintiff in this action.

### Response to "Count Five:  Interference With Contractual Relations"

(45)   With respect to the allegations contained in paragraph 45 of the Complaint, Defendants repeat and reallege each and every admission denial, averment and statement contained in paragraph 1-44 of this Answer with the same force and effect as though set forth here in full.

(46)   Defendants deny each and every allegation contained in paragraph 46 of Plaintiff's Complaint.

(47)   Defendants deny each and every allegation contained in paragraph 47 of Plaintiff's Complaint.

(48)   Defendants deny each and every allegation contained in paragraph

44 of Plaintiff's Complaint.

(49)  Defendants deny each and every allegation contained in paragraph 49 of Plaintiff's Complaint.

(50)  Defendants deny each and every allegation contained in paragraph 50 of Plaintiff's Complaint.

(51)  Defendants deny each and every allegation contained in paragraph 51 of Plaintiff's Complaint.

In response to the unnumbered paragraph containing Plaintiff's demand for judgment, Defendants deny that Plaintiff is entitled to judgment or that there is any legal or factual basis for the award of damages or other relief to Plaintiff in this action.

## **Response to "Count Six:  Misrepresentation to Third Parties Calculated to Reach and Affect the Plaintiff"**

(52)  With respect to the allegations contained in paragraph 36 of the Complaint, Defendants repeat and reallege each and every admission denial, averment and statement contained in paragraphs 1-52 of this Answer with the same force and effect as though set forth here in full.

(53)  Defendants deny each and every allegation contained in paragraph 53 of Plaintiff's Complaint.

(54)  Defendants deny each and every allegation contained in paragraph 54 of Plaintiff's Complaint.

(55) Defendants deny each and every allegation contained in paragraph 55 of Plaintiff's Complaint.

In response to the unnumbered paragraph containing Plaintiff's demand for judgment, Defendants deny that Plaintiff is entitled to judgment or that there is any legal or factual basis for the award of damages or other relief to Plaintiff in this action.

## **Additional Defenses**

(1) Defendants deny that they were guilty of outrageous conduct;

(2) Defendants deny that they were guilty of fraud.

(3) Defendants deny that they were guilty of suppression and deceit;

(4) Defendants deny that they were guilty of breach of contract;

(5) Defendants deny that they were guilty of interference with contractual relations;

(6) Defendants deny that they were guilty of misrepresentation;

(7) Defendants deny that any alleged act or omission by Defendants was the proximate cause of any alleged physical pain and mental anguish on the part of Plaintiff;

(8) Defendant denies that Plaintiff is entitled to a jury trial in this case;

(9) Defendant pleads the provisions of Section 25-5-77 of the Code of Alabama.

## **AFFIRMATIVE DEFENSES**

(1) The Plaintiff's demand for punitive damages violates the due process clause of the Fourteenth Amendment of the United States Constitution in that the claim for punitive damages is vague and not rationally related to any legitimate government interests.

(2) The Plaintiffs' demand for punitive damages violates the self-incrimination clause of the Fifth Amendment of the United States Constitution in that the damages claimed are penal in nature while the Defendant is required to disclose documents and/or other evidence without the safeguard against self-incrimination set out in the Fifth Amendment.

(3) The Plaintiffs' demand for punitive damages violates the Fifth Amendment of the United States Constitution which prohibits deprivation of life, liberty or property except by due process of law in that the claim for punitive damages is vague and not rationally related to any legitimate government interests.

(4) The Plaintiffs' demand for punitive damages violates the rights guaranteed by the United States Constitution in that the claim for punitive damages is penal in nature for which the burden of proof on the Plaintiff is less than the "beyond a reasonable doubt" standard required in criminal cases.

(5) The Plaintiffs' demand for punitive damages is unconstitutional under the Constitution of the State of Alabama which provides in Article I, Section 6, that no person shall be deprived of life, liberty or property except by due process of law, in that the punitive damages claimed are vague and not rationally related to any legitimate government interests.

(6) The Plaintiffs' demand for punitive damages is unconstitutional under the Constitution of the State of Alabama which provides in Article I, Section 6, that no person shall be deprived of life, liberty or property except by due process of law, in that the punitive damages claimed are penal in nature, requiring a burden of proof on the Plaintiff which is less than the 'beyond a reasonable doubt' burden of proof required in criminal cases.

(7) The Plaintiffs' demand for punitive damages is unconstitutional under the Constitution of the State of Alabama in that it violates Article I, Section 6, by claiming punitive damages which are penal in nature while the Defendant is compelled to disclose documents and/or other evidence without a constitutional safeguard against self-incrimination.

s/Richard B. Garrett
Richard B. Garrett
Bar Number: (ASB-0782-A29R)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157
E-mail:     rbg@rsjg.com

**Attorney for Defendant**

### CERTIFICATE OF SERVICE

I hereby certify that that on February 5, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to:

Lawrence T. King, Esquire
GOOZEE, King & HORSLEY, LLP

3300 Cahaba Road, Suite 200
Birmingham, Alabama 35223

                                        <u>s/ Richard B. Garrett</u>