IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGIA FLETCHER, | * |
| | * |
| Plaintiff, | * |
| v. | *   Civil Action No. _____ |
| | * |
| LIBERTY MUTUAL GROUP, et al | * |
| | * |
| Defendant. | * |

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certify to the court pursuant to Rule 71.1 of the Federal Rules of Civil Procedure that Liberty Mutual Insurance Company owns 100 percent of the stock of Liberty Insurance Corporation.  Liberty Mutual Group Inc, owns 100 percent of the stock of Liberty Mutual Insurance Company.  LMHC Massachusetts Holdings Inc. owns 100 percent of the stock of LMHC Massachusetts Holdings Inc.  No publicly traded entity owns any stock of any of the above-named entities.

                                             s/Richard B. Garrett
                                             Richard B. Garrett
                                             Bar Number: (ASB-0782-A29R)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157

1

2

E-mail: rbg@rsjg.com

**Attorney for Defendant**

**CERTIFICATE OF SERVICE**

     I hereby certify that that on February 6, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to:

Lawrence T. King, Esquire
GOOZEE, King & HORSLEY, LLP
3300 Cahaba Road, Suite 200
Birmingham, Alabama 35223

                                  s/ Richard B. Garrett